UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RONALD HERNDON**  **CIVIL ACTION**

**VERSUS**  **NO. 17-02352**

**ROBERT TANNER, et al.**  **SECTION "G" (4)**

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Ronald Herndon's § 1983 claims against the defendants, Warden Robert Tanner, Carla Tullos and Major Mizell are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted in accordance with 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e.

**NEW ORLEANS, LOUISIANA,** this  1st  day of September, 2017.

_____
**NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE**